1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS MOORE (ASBN 4305-T78O)
4  Assistant United States Attorney
     10th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6935

7  Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | No. C-06-6004-SI |
| Plaintiff, ) | |
| v. ) | **DISCLAIMER OF INTEREST** |
| **RUSSELL E. SPITLER, et al.,** ) | **AND ORDER OF DISMISSAL** |
| Defendants. ) | |

Stanley Smagacz by and through the undersigned, hereby notify the Court that he disclaims any interest in the property which is at issue in the above-referenced action.

It is hereby stipulated by and among the plaintiff United States of America and Stanley Smagacz, through the undersigned, that Stanley Smagacz be dismissed from this action, that he bear his own costs, including any possible attorneys' fees or other expenses of this litigation.

KEVIN V. RYAN
United States Attorney

/s/ Rosemary Matossian                    /s/ Thomas Moore
ROSEMARY MATOSSIAN                         THOMAS MOORE
  Attorney for Defendant                   Assistant United States Attorney
  Stanley Smagacz                          Tax Division

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____                    _____
                                           UNITED STATES DISTRICT JUDGE