1  KEVIN V. RYAN  (CSBN 118321)
   United States Attorney
2  JAY R. WEILL  (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS MOORE  (ASBN 4305-T78O)
4  Assistant United States Attorney
     10th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6935

7  Attorneys for the United States of America

8  **IN THE UNITED STATES DISTRICT COURT FOR THE**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11  **UNITED STATES OF AMERICA,**            )
                                             )   **No. C-06-6004-SI**
12       **Plaintiff,**                      )
                                             )
13       v.                                  )
                                             )   **DISCLAIMER OF INTEREST**
14  **RUSSELL E. SPITLER, et al.,**          )   **AND ORDER OF DISMISSAL**
                                             )
15       **Defendants.**                     )
                                             )

16

17       Stanley Smagacz by and through the undersigned, hereby notify the Court that he

18  disclaims any interest in the property which is at issue in the above-referenced action.

19       It is hereby stipulated by and among the plaintiff United States of America and Stanley

20  Smagacz, through the undersigned, that Stanley Smagacz be dismissed from this action, that he

21  bear his own costs, including any possible attorneys' fees or other expenses of this litigation.

22                                               KEVIN V. RYAN
                                                 United States Attorney
23

   /s/ Rosemary Matossian                       /s/ Thomas Moore
24  ROSEMARY MATOSSIAN                          THOMAS MOORE
     Attorney for Defendant                     Assistant United States Attorney
25     Stanley Smagacz                          Tax Division

26
        **PURSUANT TO STIPULATION, IT IS SO ORDERED**
27

28  Dated: _____          _____
                                    UNITED STATES DISTRICT JUDGE