```
1   SCOTT N. SCHOOLS  (SCSBN 9990)
    United States Attorney
2   JAY R. WEILL  (CSBN 75434)
    Assistant United States Attorney
3   Chief, Tax Division
    THOMAS MOORE  (ASBN 4305-T78O)
4   Assistant United States Attorney
      10th Floor Federal Building
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-6935

7   Attorneys for United States of America
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| UNITED STATES OF AMERICA, | ) | Case No. C-06-6004-SI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| vs. | ) | **MOTION FOR SUMMARY JUDGMENT** |
| | ) | **AND [proposed] ORDER** |
| RUSSELL E. SPITLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

It is hereby stipulated by and between plaintiff United States of America and defendants Russell E. Spitler and Washington Mutual Bank, through their respective counsel, that the hearing on the United States' Motion for Summary Judgment set for March 23, 2007, be continued to May 18, 2007, at 9:00 a.m.

```
                                          SCOTT N. SCHOOLS
                                          United States Attorney

/s/ Daniel r. Richardson, Esq.            /s/ Thomas Moore
DANIEL R. RICHARDSON, ESQ.                THOMAS MOORE
Attorney for Defendant                    Assistant United States Attorney
RUSSELL E. SPITLER                        Tax Division
                                          Attorneys for Plaintiff


/s/ Lawrence W. Stevens
LAWRENCE W. STEVENS
Attorney for Defendant
Washington Mutual Bank
```

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____

_____
UNITED STATES DISTRICT JUDGE