```
SCOTT N. SCHOOLS  (SCSBN 9990)
United States Attorney
JAY R. WEILL  (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
THOMAS MOORE  (ASBN 4305-T78O)
Assistant United States Attorney
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-6935
```

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Case No. C-06-6004-SI** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **STIPULATION TO DISMISS** |
| ) | **AND [proposed] ORDER** |
| **RUSSELL E. SPITLER, et al. ,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

It is hereby stipulated by and between plaintiff United States of America and defendants Russell E. Spitler and Washington Mutual Bank, through the undersigned counsel, that this matter be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

```
                                        SCOTT N. SCHOOLS
                                        United States Attorney

/s/ Daniel R. Richardson                /s/ Thomas Moore
DANIEL R. RICHARDSON                    THOMAS MOORE
Attorney for Defendant                  Assistant United States Attorney
RUSSELL E. SPITLER                      Tax Division
                                        Attorneys for Plaintiff

/s/ Lawrence W. Stevens
LAWRENCE W. STEVENS
Attorney for Defendant
Washington Mutual Bank
```

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____

_____
UNITED STATES DISTRICT JUDGE